Supplemental Civil Cover Sheet
Page **1** of **2**

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.  **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 249th District Court, Johnson County | DC-C201600080 |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | (1) Ginia Long- Plaintiff | (1) C. Bryan Beverly (SBN: 24082688) |
    | (2) Scottsdale Insurance Company- Defendant | The Voss Law Center; 26619 Interstate 45 South |
    | | The Woodlands, TX 77380; (713) 861-0015 |
    | | (2) Randall G. Walters (SBN: 20819480) |
    | | Walters, Balido & Crain; 10440 N. Central Expy, |
    | | (214) 749-4805    Suite 1500 |
    | | Dallas, TX 75231 |

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?    ☑ Yes        ☐ No

    If *"Yes,"* by which party and on what date?

    | | |
    |---|---|
    | Plaintiff Ginia Long | 02/23/2016 |
    | Party | Date |

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

    Was an Answer made in State Court?   ☑ Yes            ☐ No

    If "*Yes*," by which party and on what date?

    | Defendant Scottsdale Insurance Company | 03/14/2016 |
    |---|---|
    | Party | Date |

5. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    |  |  |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    | Party | Reason |
    |---|---|
    |  |  |

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | Party | Claim(s) |
    |---|---|
    | Plaintiff Ginia Long | Negligence, Breach of Contract, DTPA Violations, Texas Insurance Code Violations, Breach of duty of good faith and fair dealing, Breach of fiduciary duty, Unfair insurance practices, Misrepresentation, Waiver and estoppel |